NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5115

CASEY HOCRAFFER (also known as Casey Howell),

Petitioner-Appellant,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent-Appellee.

Paul S. Dannenberg, Law Offices of Paul S. Dannenberg, of Huntington, Vermont, argued for petitioner-appellant.

Michael P. Milmoe, Senior Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Timothy P. Garren, Director, Mark W. Rogers, Deputy Director, and Catharine E. Reeves, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Nancy B. Firestone

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5115

CASEY HOCRAFFER (also known as Casey Howell),

Petitioner-Appellant,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent-Appellee.

# Judgment

ON APPEAL from the        UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).        99-VV-533

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and SCHALL, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   February 16, 2010        /s/ Jan Horbaly
                                 Jan Horbaly, Clerk